**Marcus Ruben ELLINGTON,
Plaintiff—Appellant,**

v.

**James GOMEZ, Director of Corrections,
individually and in his official capaci-
ty; et al., Defendants—Appellees.**

No. 02–16904.

D.C. No. CV–96–20793–RMW.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 15, 2003.

Before PREGERSON, REINHARDT,
and GRABER, Circuit Judges.

MEMORANDUM**

Marcus Ruben Ellington, a California
state prisoner, appeals pro se the district
court's summary judgment in his action
alleging deliberate indifference to his seri-
ous medical needs in violation of the
Eighth Amendment and violation of his
rights under the Americans with Disabili-
ties Act ("ADA"), 42 U.S.C. §§ 12101–
12213. We have jurisdiction pursuant to
28 U.S.C. § 1291. We review de novo the
district court's grant of summary judg-
ment, *Lopez v. Smith*, 203 F.3d 1122, 1131
(9th Cir.2000) (en banc), and we affirm.

The district court properly granted sum-
mary judgment on Ellington's Eighth

Amendment claim because he failed to
raise a genuine issue of material fact as to
whether the course of treatment the prison
doctors chose was medically unacceptable
under the circumstances. *See Jackson v.
McIntosh*, 90 F.3d 330, 332 (9th Cir.1996).
The record shows only a reasonable differ-
ence of opinion about the proper course of
medical treatment. *See Sanchez v. Vild*,
891 F.2d 240, 242 (9th Cir.1989).

Ellington's claim of intentional discrimi-
nation under the ADA fails because he did
not raise a genuine issue of material fact
as to whether he suffered intentional dis-
crimination due to a disability. *See Duvall
v. County of Kitsap*, 260 F.3d 1124, 1138–
40 (9th Cir.2001).

We deny Ellington's requests for judicial
notice because we have considered the doc-
uments in question as part of the district
court record.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2). Accordingly, we deny Ell-
ington's request for oral argument.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.